ADAM I. GAFNI (CA Bar # 230045)
WOOLF GAFNI & FOLWER LLP
10850 Wilshire Blvd, Suite 510
Los Angeles, California 90024
Tel: 310-474-8776
Fax: 310-919-3037
Email: adam.gafni@wgfllp.com

Attorney for Plaintiff,
VINCENT KHOURY TYLOR

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>ASIAN TOURIST GUIDES, INC., dba www.chinesetouristguides.com, DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 2:14-cv-05971-RGK (MRWx)<br><br>[Assigned to the Hon. R. Gary Klausner]<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the above action has been settled as between Plaintiff VINCENT KHOURY TYLOR ("Plaintiff"), on the one hand, and Defendant, ASIAN TOURIST GUIDES, INC., dba www.chinesetouristguides.com, on the other hand (collectively the "Parties").

The Parties request that the Court vacate all pending due dates and hearings, retain jurisdiction over this case, and allow the parties until June 30, 2015 to file a dismissal with prejudice at which time Defendant is expected to have complied with all its obligations under the settlement agreement.

DATED: February 24, 2015

WOOLF GAFNI & CIRLIN LLP

By: /s/ Adam I. Gafni[1]
Adam I. Gafni
Attorney for Plaintiff
VINCENT KHOURY TYLOR

Dated: February 24, 2015

TINGLEY LAW GROUP, PC

By: /s/ Stephen Collins
STEPHEN COLLINS
Attorneys for Defendant

[1] I, Adam I. Gafni, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.